No. 72–6127. EGGER *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to amend petition granted. Certiorari denied.

No. 72–6190. DOUVER *v.* UNITED STATES. C. A. 9th Cir. Motions of Jack Harris, Jr., and Joe Mack Harris for leave to join in petition for writ of certiorari denied. Certiorari denied.